ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2011 MAR 29 A 11: 02
CLERK_____
S.D. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| JOSE ERNESTO PEREZ MORALES, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | CV 310-069 |
| WALT WELLS, Warden, et al., | ) ) ) | |
| Respondents. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which no objections have been filed.[1] Accordingly, the R&R of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Petitioner's motion for summary judgment (doc. no. 5), motion for default judgment and declaratory judgment (doc. no. 7), motion for default judgment, contempt and declaratory judgment (doc. no. 9), motion to augment the Court's records (doc. no. 15), and second motion for summary judgment (doc. no. 17) are **DENIED AS MOOT**. Furthermore, Respondent Wells's motion to dismiss is **GRANTED** (doc. no. 18), the instant petition filed

---

[1] On February 15, 2011, a copy of the Magistrate Judge's R&R and accompanying Order (doc. nos. 21, 22) were sent to Stewart Detention Facility in Lumpkin, Georgia, where Petitioner was being held by U.S. Immigration and Customs Enforcement ("ICE") pending deportation proceedings. On February 18, both documents were returned as undeliverable (doc. no. 23), and a subsequent check of the ICE inmate locator confirmed that Petitioner was no longer in custody. Subsequently, on February 25, the Clerk of Court sent another copy of the R&R and accompanying Order to Petitioner's address in the Dominican Republic which he had previously provided as his contact address upon release. (Doc. no. 12.) Since that time, Petitioner has not filed an objection as provided for in the February 15 Order.

pursuant to 28 U.S.C. § 2241 is **DISMISSED AS MOOT**, and this civil action is **CLOSED**.

SO ORDERED this 29 day of March, 2011, at Augusta, Georgia.

/s/ Dudley H. Bowen, Jr.
UNITED STATES DISTRICT JUDGE